**Federal Defenders**
OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David E. Patton
*Executive Director and Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

February 27, 2023

Hon. Raymond J. Dearie
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

        RE:   *Michael Spinelli v. United States*, 97-cr-209-1 (RJD)

Dear Judge Dearie,

    I am writing to provide the Court with an up-to-date BOP progress report that Mr. Spinelli received this month. This report provides additional support for Mr. Spinelli's compassionate release motion, including by clearly noting that he is a minimum recidivism level, p. 1, that he has "outstanding work evaluations," p. 2, that he "continuously participates and completes classes," p. 3, and that he has had "clear [disciplinary] conduct" for 13 years, and only minor infractions for almost 20 years, since 1994, p. 3.

    The report also includes "general comments" from BOP Case Manager Harris, who explains that Mr. Spinelli "does not hesitate to assist with daily activities on the housing unit," that he is "reliable, responsible, and is always willing to help," and that he is "always respectful," p. 6. Harris notes that these qualities are "very much appreciated by staff." Harris concludes that he has "confidence that [Mr. Spinelli] will not violate any conditions of his release/probation" if he were granted compassionate release. This is the third rave review of Mr. Spinelli's character from the BOP correctional staff at his current institution, who see Mr. Spinelli daily.

    I respectfully request that the Court take this additional information into account, and urge the Court to grant Mr. Spinelli's request for compassionate release.

1

                Respectfully submitted,

            /s/
           Allegra Glashausser
           Assistant Federal Defender
           Federal Defenders of New York
           (212) 417-8739
           allegra_glashausser@fd.org

Redacted page 1 of 6



## Summary Reentry Plan - Progress Report
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: SPINELLI, MICHAEL 40377-053

SEQUENCE: 00354525
Report Date: 02-06-2023



| | |
|---|---|
| Facility: | FTW FORT WORTH |
| Name: | SPINELLI, MICHAEL |
| Register No.: | 40377-053 |
| Quarters: | S06-110L |
| Age: | 69 |
| Date of Birth: | [redacted] |

| | |
|---|---|
| Custody Level: | IN |
| Security Level: | LOW |
| Proj. Rel Date: | 10-25-2026 |
| Release Method: | GOOD |
| DNA Status: | MCK00237 / 10-16-2002 |

### Contact Information
Release contact & address
Denise Spinnelli, SISTER

Phone (Mobile) [redacted]

### Offenses and Sentences Imposed

| Charge | Terms In Effect |
|---|---|
| 18:1962(C), RICO. | 264 MONTHS |
| 18:1959(A)(5) CONSPIRACY TO COMMIT MURDER - CT 1 18:1959(A)(3)& 2 ASSAULT WITH A DANGEROUS WEAPON - CT 2 18:371 CONSPIRACY TO TAMPER WITH A WITNESS - CT 5 18:1512(A)(1)(B) ATTEMPTED MURDER - CT 6 | 211 MONTHS |
| 18:924(C)(1) USING AND CARRYING FIREARMS DURING A CRIME OF VIOLENCE. (CT-4) | 60 MONTHS |

Date Sentence Computation Began:   03-25-1994
Sentencing District:   NEW YORK, EASTERN DISTRICT

| Days FSGT / WSGT / DGCT | Days GCT or EGT / SGT | Time Served | + Jail Credit  - InOp Time |
|---|---|---|---|
| 0 / 0 / 0 | 1,620 | Years: 30  Months: 0  Days: 7 | +529   JC   -110   InOp |

### Detainers

| Detaining Agency | Remarks |
|---|---|
| NO DETAINER | |

### Program Plans
Inmate Spinelli arrived at FMC Fort Worth on 8/24/2020.

### Current FSA Assignments

| Assignment | Description | Start |
|---|---|---|
| FTC INELIG | FTC-INELIGIBLE-REVIEWED | 08-30-2021 |
| INELIG AUT | FTC-INELIGIBLE OFF CODE - AUTO | 05-21-2020 |
| N-ANGER Y | NEED - ANGER/HOSTILITY YES | 01-24-2023 |
| N-ANTISO N | NEED - ANTISOCIAL PEERS NO | 01-24-2023 |
| N-COGNTV N | NEED - COGNITIONS NO | 01-24-2023 |
| N-DYSLEX N | NEED - DYSLEXIA NO | 05-30-2021 |
| N-EDUC N | NEED - EDUCATION NO | 01-24-2023 |
| N-FIN PV Y | NEED - FINANCE/POVERTY YES | 01-24-2023 |
| N-FM/PAR N | NEED - FAMILY/PARENTING NO | 01-24-2023 |
| N-M HLTH N | NEED - MENTAL HEALTH NO | 01-24-2023 |
| N-MEDICL Y | NEED - MEDICAL YES | 01-24-2023 |
| N-RLF N | NEED - REC/LEISURE/FITNESS NO | 01-24-2023 |
| N-SUB AB N | NEED - SUBSTANCE ABUSE NO | 01-24-2023 |
| N-TRAUMA N | NEED - TRAUMA NO | 01-24-2023 |
| N-WORK Y | NEED - WORK YES | 01-24-2023 |
| R-MIN | MINIMUM RISK RECIDIVISM LEVEL | 01-24-2023 |

### FSA Comments
He is ineligible to accrue and receive the federal time credits. He has a MINIMUM recidivism risk level.



## Summary Reentry Plan - Progress Report
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: SPINELLI, MICHAEL   40377-053

SEQUENCE: 00354525
Report Date: 02-06-2023

### Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| FTW | B/CLOTH | INST CLOTHING ROOM | 03-24-2022 |

### Work Assignment Summary

He has maintained a job during this term of incarceration. He has worked in his current position since 1/11/2021, and receives Outstanding work evaluations.

### Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| FTW | ESL HAS | ENGLISH PROFICIENT | 05-06-1994 |
| FTW | GED HAS | COMPLETED GED OR HS DIPLOMA | 12-02-1992 |

### Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| FTW GP | C | BODY TISSUE WELLNESS CLASS | 09-13-2021 | 09-27-2021 |
| FTW GP | C | CELL STRUCTURE WELLNESS CLASS | 09-10-2021 | 09-20-2021 |
| FTW GP | C | ATHLETS N EFFIC HEART WELL CLA | 08-06-2021 | 08-29-2021 |
| BML | C | RECREATION WELLNESS, RPP#1 | 10-09-2019 | 12-11-2019 |
| BML | C | STRESS MGMT TU 1830-1930 RPP#1 | 10-08-2019 | 12-10-2019 |
| BML | C | NUTRITION, RPP#1 | 10-10-2019 | 12-12-2019 |
| BML | C | AGE PRCESS M 12:30-13:30 RPP#1 | 10-07-2019 | 12-09-2019 |
| FTW GP | C | HLTH/WELLNESS CALLS "AT RISK" | 11-03-2018 | 12-01-2018 |
| FTW GP | C | BIGGEST LOOSER "AT RISK" | 12-07-2017 | 12-07-2017 |
| FTW GP | C | MEDITATION HEALTH EDUCATION | 11-30-2017 | 11-30-2017 |
| FTW GP | C | YOGA HEALTH EDUCATION COURSE | 10-26-2017 | 10-26-2017 |
| FTW GP | C | HUMAN ANATOMY HEALTH | 10-19-2017 | 10-20-2017 |
| COL | C | BEGINNING YOGA CLASS | 03-13-2017 | 05-08-2017 |
| COL | C | INTERMEDITE CORE TRAINING CLAS | 03-13-2017 | 05-08-2017 |
| COL | C | BEGINING CLAITHENICS CLASS | 03-13-2017 | 05-08-2017 |
| COL | C | BEGINING CIRCUIT TRAINING | 03-13-2017 | 05-08-2017 |
| COL | C | INTERMEDIATE CALETHENICS | 11-18-2016 | 01-16-2017 |
| COL | C | BEGINING SPINNING | 06-02-2016 | 07-28-2016 |
| COL | C | INTERMEDIATE CIRCUIT TRAINING | 06-02-2016 | 07-28-2016 |
| COL | C | BEGINNING YOGA CLASS | 06-02-2016 | 07-28-2016 |
| COL | C | BEGINING CIRCUIT TRAINING | 04-06-2016 | 06-01-2016 |
| COL | C | INTERMEDIATE YOGA CLASS | 04-06-2016 | 06-01-2016 |
| COL | C | BEGINING SPINNING | 04-06-2016 | 06-01-2016 |
| COL | C | ADVANCED CIRCUIT TRAINING | 02-11-2016 | 04-06-2016 |
| COL | C | ADVANCED CIRCUIT TRAINING | 08-26-2015 | 10-24-2015 |
| COL | C | BEGINNING YOGA CLASS | 08-26-2015 | 10-21-2015 |
| COL | C | INTERMEDIATE AEROBICS | 08-25-2015 | 10-21-2015 |
| COL | C | ADVANCED YOGA CLASS | 06-30-2015 | 08-25-2015 |
| COL | C | ADVANCED CALISTHENICS | 06-30-2015 | 08-25-2015 |
| COL | C | INTERMEDIATE CIRCUIT TRAINING | 05-04-2015 | 06-29-2015 |
| COL | C | BEGINNING YOGA CLASS | 03-05-2015 | 04-30-2015 |
| COL | C | BEGINING CIRCUIT TRAINING | 03-05-2015 | 04-30-2015 |
| COL | C | ADVANCED YOGA CLASS | 01-08-2015 | 03-05-2015 |
| COL | C | INTERMEDIATE YOGA CLASS | 01-08-2015 | 03-05-2015 |
| COL | C | ADVANCED CIRCUIT TRAINING | 01-08-2015 | 03-05-2015 |
| COL | C | BEGINING SPINNING | 11-17-2014 | 01-07-2015 |
| COL | C | INTERMEDIATE CIRCUIT TRAINING | 11-17-2014 | 01-07-2015 |
| COL | C | INTERMEDIATE YOGA CLASS | 09-17-2014 | 11-17-2014 |
| COL | C | BEGINNING YOGA CLASS | 09-17-2014 | 11-17-2014 |
| COL | C | ADVANCED YOGA CLASS | 07-23-2014 | 09-17-2014 |
| COL | C | ADVANCED CIRCUIT TRAINING | 07-23-2014 | 09-17-2014 |
| COL | C | BEGINING AEROBICS | 05-22-2014 | 07-22-2014 |
| COL | C | INTERMEDIATE YOGA CLASS | 05-22-2014 | 07-22-2014 |



| | | Summary Reentry Plan - Progress Report | | SEQUENCE: 00354525 |
|---|---|---|---|---|
| | | Dept. of Justice / Federal Bureau of Prisons | | Report Date: 02-06-2023 |
| | | Plan is for inmate: SPINELLI, MICHAEL  40377-053 | | |

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| COL | C | INTERMEDIATE AEROBICS | 03-31-2014 | 05-26-2014 |
| COL | C | BEGINNING CORE TRAIN CLASS | 03-31-2014 | 05-26-2014 |
| COL | C | BEGINNING YOGA CLASS | 03-31-2014 | 05-26-2014 |
| COL | C | ADVANCED JUMP ROPE CLASS | 03-31-2014 | 05-26-2014 |
| COL | C | ACE CLASS METABOLISM | 09-30-2013 | 01-03-2014 |
| COL | C | BEGINING SPINNING | 02-07-2014 | 03-29-2014 |
| COL | C | BEGINING AEROBICS | 02-02-2014 | 03-29-2014 |
| COL | C | ADVANCED YOGA CLASS | 02-02-2014 | 03-29-2014 |
| COL | C | ABDOMINALS CLASS | 12-09-2013 | 01-18-2014 |
| COL | C | BEGINING AEROBICS | 12-09-2013 | 01-18-2014 |
| COL | C | INTERMEDIATE YOGA CLASS | 12-09-2013 | 01-18-2014 |
| COL | C | ADVANCED CALISTHENICS | 12-09-2013 | 01-18-2014 |
| COL | C | ADVANCED SPIN CLASS | 12-09-2013 | 01-18-2014 |
| COL | C | BEGINNING YOGA CLASS | 10-15-2013 | 12-07-2013 |
| COL | C | ADVANCED AEROBICS | 10-15-2013 | 12-07-2013 |
| COL | C | BEGINING SPINNING | 10-15-2013 | 12-07-2013 |
| COL | C | ABDOMINALS CLASS | 10-15-2013 | 12-07-2013 |
| COL | C | ACE CLASS - ASTRONOMY | 05-13-2013 | 09-20-2013 |
| COL | C | ABDOMINALS CLASS | 06-25-2013 | 08-07-2013 |
| COL | C | INTERMEDIATE AEROBICS | 06-25-2013 | 08-07-2013 |
| COL | C | ADVANCED CORE TRAINING CLASS | 03-05-2013 | 04-30-2013 |
| COL | C | BEGINING CLAITHENICS CLASS | 01-04-2013 | 03-04-2013 |
| COL | C | BEGINING CLAITHENICS CLASS | 01-04-2013 | 02-07-2013 |
| COL | C | ACE CLASS METABOLISM | 03-05-2012 | 07-03-2012 |
| COL | C | BEGINNING SENIORS FITNESS | 02-21-2011 | 03-21-2011 |
| COM | C | CREATIVE WRITING ACE-PM EDUC | 10-06-2008 | 12-18-2008 |
| COM | C | ACE NUTRITION CLASS--EDUC DEPT | 10-02-2007 | 12-26-2007 |
| COM | C | #1 DISEASE PREVENTION | 01-15-2008 | 01-15-2008 |
| COM | C | CREATIVE WRITING ACE-PM EDUC | 03-28-2007 | 07-07-2007 |
| COM | C | VT MS OFFICE PM | 06-06-2006 | 09-18-2006 |
| COM | C | ADV PILATES TU/THR 9-10AM | 09-27-2005 | 12-22-2005 |
| COM | W | INT PILATES TU/THR 9-10AM | 05-14-2005 | 06-07-2005 |
| COM | W | STRETCH MON/WED/FRI 7-8PM | 01-20-2005 | 02-04-2005 |
| COM | W | BEG YOGA MON/WED/FRIDAY 9-10AM | 01-21-2005 | 02-04-2005 |
| MCK | C | AUTOCAD VT - 1230 TO 1430,M-F | 08-29-2003 | 09-30-2003 |
| SCH | C | RECOVERY AND WEIGHT TRAINING | 08-18-1994 | 08-19-1994 |
| SCH | C | ABDOMINAL TRAINING | 08-11-1994 | 08-12-1994 |
| SCH | C | FEXIBILITY AND WEIGHT TRAINING | 07-28-1994 | 07-29-1994 |

**Education Information Summary**

He has completed numerous classes during this term of incarceration. He continously participates and completes classes.

**Discipline Reports**

| Hearing Date | Prohibited Acts |
|---|---|
| 06-03-2010 | 330 : BEING UNSANITARY OR UNTIDY |
| 09-12-2000 | 305 : POSSESSING UNAUTHORIZED ITEM |
| 04-08-1999 | 398 : INTERFERING W/STAFF-MODERATE |
| 10-18-1994 | 328 : GIVING/ACCEPTNG MONEY W/O AUTH |
| 10-18-1994 | 328 : GIVING/ACCEPTNG MONEY W/O AUTH |
| 08-24-1993 | 201 : FIGHTING WITH ANOTHER PERSON |

**Discipline Summary**

He has maintained clear conduct since 6/2010, and has only minor infractions except the 201, Fighting with Another Person, in 1994.

**ARS Assignments**

| Facl | Assignment | Reason | Start | Stop |
|---|---|---|---|---|



| | Summary Reentry Plan - Progress Report | | SEQUENCE: 00354525 |
|---|---|---|---|
| | Dept. of Justice / Federal Bureau of Prisons | | Report Date: 02-06-2023 |
| | Plan is for inmate: SPINELLI, MICHAEL  40377-053 | | |

| Facl | Assignment | Reason | Start | Stop |
|---|---|---|---|---|
| FTW GP | A-DES | OTHER AUTH ABSENCE RETURN | 03-24-2022 | CURRENT |
| FTW GP | A-DES | OTHER AUTH ABSENCE RETURN | 06-22-2021 | 03-24-2022 |
| FTW GP | A-DES | OTHER AUTH ABSENCE RETURN | 05-24-2021 | 06-22-2021 |
| FTW GP | A-DES | OTHER AUTH ABSENCE RETURN | 11-20-2020 | 05-24-2021 |
| FTW GP | A-DES | NO J&C-MVMT INFO NOT AVAILABLE | 08-24-2020 | 11-20-2020 |
| BML | A-DES | NO J&C-MVMT INFO NOT AVAILABLE | 05-05-2020 | 05-05-2020 |
| BML | A-DES | TRANSFER RECEIVED | 06-10-2019 | 01-10-2020 |
| FTW CAD | A-DES | TRANSFER RECEIVED | 12-03-2018 | 05-17-2019 |
| FTW GP | A-DES | OTHER AUTH ABSENCE RETURN | 08-13-2018 | 12-03-2018 |
| FTW GP | A-DES | OTHER AUTH ABSENCE RETURN | 03-12-2018 | 08-13-2018 |
| FTW GP | A-DES | TRANSFER RECEIVED | 08-03-2017 | 03-12-2018 |
| COL | A-DES | TRANSFER RECEIVED | 08-01-2017 | 08-01-2017 |
| COM | A-DES | TRANSFER RECEIVED | 08-01-2017 | 08-01-2017 |
| COL | A-DES | OTHER AUTH ABSENCE RETURN | 06-06-2016 | 05-30-2017 |
| COL | A-DES | OTHER AUTH ABSENCE RETURN | 06-02-2015 | 06-06-2016 |
| COL | A-DES | OTHER AUTH ABSENCE RETURN | 05-12-2015 | 06-02-2015 |
| COL | A-DES | OTHER AUTH ABSENCE RETURN | 01-28-2015 | 05-12-2015 |
| COL | A-DES | OTHER AUTH ABSENCE RETURN | 03-25-2014 | 01-28-2015 |
| COL | A-DES | OTHER AUTH ABSENCE RETURN | 06-25-2013 | 03-25-2014 |
| COL | A-DES | OTHER AUTH ABSENCE RETURN | 10-24-2011 | 06-25-2013 |
| COL | A-DES | OTHER AUTH ABSENCE RETURN | 06-16-2011 | 10-24-2011 |
| COL | A-DES | TRANSFER RECEIVED | 01-14-2010 | 06-16-2011 |
| COM | A-DES | TRANSFER RECEIVED | 10-19-2004 | 01-14-2010 |
| MCK | A-DES | OTHER AUTH ABSENCE RETURN | 07-23-2003 | 09-10-2004 |
| MCK | A-DES | OTHER AUTH ABSENCE RETURN | 06-10-2003 | 07-23-2003 |
| MCK | A-DES | OTHER AUTH ABSENCE RETURN | 05-06-2003 | 06-10-2003 |
| MCK | A-DES | WRIT RETURN | 02-01-2002 | 05-06-2003 |
| MCK | A-DES | WRIT RETURN | 07-30-1999 | 02-02-2001 |
| MCK | A-DES | TRANSFER RECEIVED | 09-16-1996 | 03-13-1997 |
| SCH | A-DES | US DISTRICT COURT COMMITMENT | 04-15-1994 | 09-16-1996 |

**Current Care Assignments**

| Assignment | Description | Start |
|---|---|---|
| CARE1-MH | CARE1-MENTAL HEALTH | 09-04-2020 |
| CARE3 | UNSTABLE, COMPLEX CHRONIC CARE | 09-11-2020 |

**Current Medical Duty Status Assignments**

| Assignment | Description | Start |
|---|---|---|
| CPAP | CPAP MACHINE | 03-08-2022 |
| C19-T NEG | COVID-19 TEST-RESULTS NEGATIVE | 09-14-2020 |
| LIMIT SUN | NO EXCESS SUN | 06-13-2019 |
| LOWER BUNK | LOWER BUNK REQUIRED | 09-18-2021 |
| NO PAPER | NO PAPER MEDICAL RECORD | 08-03-2017 |
| PAPER | LEGACY PAPER MEDICAL RECORD | 06-10-2019 |
| REG DUTY W | REGULAR DUTY W/MED RESTRICTION | 09-13-2022 |
| WGT 25 LB | WEIGHT-NO LIFTING OVER 25 LBS | 06-13-2019 |
| YES F/S | CLEARED FOR FOOD SERVICE | 09-13-2022 |

**Current PTP Assignments**

| Assignment | Description | Start |
|---|---|---|

NO ASSIGNMENTS

**Current Drug Assignments**

| Assignment | Description | Start |
|---|---|---|
| ED NONE | DRUG EDUCATION NONE | 09-17-2020 |

**Physical and Mental Health Summary**

He is a care level 1 mental health and a care level 3 medical inmate. He requires specific medical equipment to maintain his quality of life.



## Summary Reentry Plan - Progress Report
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: SPINELLI, MICHAEL   40377-053

SEQUENCE: 00354525
Report Date: 02-06-2023

### FRP Payment Plan

| Most Recent Payment Plan |
|---|
| ** NO FRP DETAILS ** |

### Financial Responsibility Summary

| He does not have an FRP obligation. |
|---|

### Release Planning

| He was sentenced in the Eastern District of New York. He plans to release Staten Island, NY to reside with his sister upon his release. |
|---|

### General Comments

Inmate Spinelli has not been a management problem while housed at FMC Fort Worth. He has been assigned to the housing unit I am responsible for and have worked directly with him as the Unit Manager of San Antonio unit. He keeps his area clean, and assists unit staff with anything asked of him. He works in the Clothing Room, but does not hesitate to assist with daily activities on the housing unit. This is very much appreciated by staff. He is reliable, responsible, and is always willing to help when it is needed. He has never given my staff or I any issues with any requests we may have. He is always respectful. If inmate Spinelli were granted a Compassionate Release, I have confidence that he will not violate any conditions of his release/probation and return to prison. He has medical issues and has sick family members that could use his assistance when he does release.



| | | |
|---|---|---|
| | **Summary Reentry Plan - Progress Report** | SEQUENCE: 00354525 |
| | Dept. of Justice / Federal Bureau of Prisons | Report Date: 02-06-2023 |
| | Plan is for inmate: SPINELLI, MICHAEL  40377-053 | |

```
         Name:  SPINELLI, MICHAEL
 Register Num:  40377-053
          Age:  69
Date of Birth:  [REDACTED]
   DNA Status:  MCK00237 / 10-16-2002
```

_[signature]_
Inmate (SPINELLI, MICHAEL, Register Num: 40377-053)
2-6-2023
Date

_[signature] B. Harris_
Chairperson
2-6-2023
Date

_[signature] B. Harris_
Case Manager
2-6-2023
Date